IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ANDREW FIALDINI, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:12cv01056 (LMB/TRJ) |
| | ) |
| ERIC COTE, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on September 5, 2013 and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of the defendants Eric Cote, et al.

FERNANDO GALINDO, CLERK

By: _____
Y. Guyton, Deputy Clerk

Dated: 09/05/2023
Alexandria, Virginia